JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY AN FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. 2:18-CV-09833-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the complaint is dismissed without leave to amend and this action is dismissed with prejudice.

DATED: January 28, 2019

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE